# EXHIBIT B

12/3/21, 11:51 AM
Nutraceutical giant Otsuka launches venturing team in North America
Case 1:21-cv-01030-LPS   Document 9-3   Filed 12/03/21   Page 2 of 12 PageID #: 75

Natural Products Expo Virtual    Natural Products Expo    MarketReady Insights
NEXT    NBJ Store    More

Register    Log In

News    Products and Trends    Market Data and Analysis    Business Resources

People and Company Profiles    Coronavirus

Home > Business Resources > Finance and Fundraising > Nutraceutical giant Otsuka launches venturing team in North America

### NUTRITION CAPITAL NETWORK

# Nutraceutical giant Otsuka launches venturing team in North America



Case 1:21-cv-01030-LPS   Document 9-3   Filed 12/03/21   Page 8 of 12 PageID #: 76



**Learn about what Once Ventures is looking for in potential partner companies and the unique value Otsuka's venture capital arm brings to the marketplace.**

Will Grubb | May 28, 2021

Les Hine is the CEO of Once Ventures, nutraceutical company Otsuka's new venturing team. Here, Hine, who joined Otsuka in 2016 to work on corporate strategy and M&A, tells Nutrition Capital Network about the launch and strategy of the team.

**What was the impetus for Otsuka to launch Once Ventures?**

**Les Hine:** There were two reasons for launching Once Ventures under Otsuka. First, Otsuka is a global company and we're seeing a lot of the innovation within the nutraceuticals industry taking place in

North America. We felt we could be more connected to that network and Once Ventures would help us do so. Second, we have the capabilities to help accelerate the progress of young nutraceutical companies given our strong industry expertise and venture funding know-how. Both of these qualities underscore Otsuka's mission of "creating new products for better health worldwide."

**Please explain the program structure and any parameters you have set for early stage companies to be considered.**

**LH:** Once Ventures is looking for companies that compete in one of four categories: active nutrition, supplements, healthy beverages and plant-based food. Within these categories, we are searching for companies that are doing something new and not afraid to push industry norms. That might mean incorporating a new ingredient, implementing a unique business model or it might be a new need state. Whatever it is, it's important it brings new value to the market as that is what will make a company successful. Once Ventures is considering and vetting companies of various sizes, but typically, we are looking for some sort of proof of concept, meaning the company has generated revenue and is showing signs of growth. From a funding standpoint, we are participating in mostly Series A and B investments, with a typical check between $2 and $5 million. Most importantly, though, we are looking to partner with great founders who are passionate about their businesses. We find the individuals who truly believe in their product and company are the ones willing to do what it takes to be successful.

**Tell us about some categories or trends that look opportune from both Once Ventures' and Otsuka's point of view.**

**LH:** We have been in the global plant-based food category for several years, and our most recent major acquisition was Daiya, the leading plant-based cheese company in North America. We believe plant-based foods continue to have incredible growth opportunities and we have the unique expertise to help nurture these brands. Within the plant-based food category, we are very interested in the developments occurring in alternative proteins. Another trend we find interesting is personalization. Right now, personalization is trending in supplements, but we see it spreading to other categories such as active nutrition. Since consumers have a huge variety of choices in some categories, curating the right assortment and reassuring them that they are making the right choices is of great value to busy consumers.

**Describe an attractive (hypothetical) investment candidate in terms of balance sheet**

Case 1:21-cv-01030-LPS    Document 9-3    Filed 12/03/21    Page 6 of 12 PageID #: 79

**Describe an attractive (hypothetical) investment candidate in terms of balance sheet fundamentals and founder characteristics.**

**LH:** What's most important to us is that we find founders who are passionate about their businesses and with whom we feel we have a strong connection from a culture and values standpoint. Ideally, this company candidate has proof of concept in the marketplace—annual revenue between $2-$10 million—and is bringing something unique to the market. The company doesn't need to be profitable just yet; we're willing to take a long view of the financial return if we believe the opportunity is compelling and the connection is the right one.

**What intangible/strategic value does Once Ventures uniquely bring to the early stage venture capital marketplace?**

**LH:** There are two things we want founders to know when they are considering partnering with us. First, we are patient. We aren't focused on immediate returns but instead want to maximize the long-term value of a company and are prepared to stick with our investments for the long haul. Second, we aren't just investors, we are operators. For example, we have been in the plant-based food business for 13 years in North America (through Daiya) and with that comes knowledge and experience that we have built over time. These two areas are where we expect to differentiate ourselves from others in the venture capital arena.

*To learn more about Once Ventures, visit onceventures.com. To learn more about Nutrition Capital Network, visit nutritioncapital.com.*

TAGS:    MANUFACTURER AND BRAND

12/3/21, 11:51 AM
Case 1:21-cv-01030-LPS Document 9-3 Filed 12/03/21 Page 7 of 12 PageID #: 80
Nutraceutical giant Otsuka launches venturing team in North America

## RELATED

 **How to think about raising capital and driving trial in these changing**
SEP 10, 2020

 **6 things to keep in mind when seeking investment in 2022**
DEC 03, 2021

 **7 common financial mistakes CPG startups make**
DEC 02, 2021

 **What to do now if your goal is to sell your company**
NOV 02, 2021

# Safety first for supermarket foodservice workers



Getty Images

12/3/21, 11:51 AM
Case 1:21-cv-01030-LPS   Document 9-3   Filed 12/03/21   Page 8 of 12 PageID #: 81
Nutraceutical giant Otsuka launches venturing team in North America

**Impact of COVID-19 makes training in sanitation and food safety a higher priority in the deli department.**

Keith Loria | Dec 03, 2021

Supermarkets have always been concerned about food safety, but that commitment has been intensified since the COVID-19 pandemic changed how customers shop and retailers operate their businesses. That's why most grocers have reinforced strong training for safety measures in their stores.

Wegmans, for example, now has dedicated cleaning teams in its stores, responsible for the increased sanitation of high-contact touchpoints such as the deli counter and food bars. This is something that many supermarkets have followed suit with since the pandemic.

Jake Tavello, store director of Stew Leonard's Farm Fresh Food, noted the stores heightened their focus on the sanitization of high-touch areas like doorknobs, keypads, shopping carts and animation buttons.

"We have also added a third step to our overnight cleaning program—bleaching our food contact surfaces between the washing and sanitizing steps, which is above the CDC guidelines," he said. "From the time a product gets from our loading dock to our shelves, we're focused on safety and quality, and we dedicate a lot of time and resources to reinforcing this."

Mayer Gold of Queens, New York-based Seasons Kosher Supermarket, has seen some big changes in the store, with an increased cleaning regiment and more food safety guidelines set forth by the CDC, but believes it has added to the great service that the stores provide and is happy it's the way of the future.

**READ MORE**

12/3/21, 11:51 AM
Nutraceutical giant Otsuka launches venturing team in North America
Case 1:21-cv-01030-LPS    Document 9-3    Filed 12/03/21    Page 9 of 12 PageID #: 82

TAGS:  RETAILER AND DISTRIBUTOR

## RELATED

 **Secret shopper: Breaking down 'glyphosate free' for customers**
NOV 11, 2021

 **Weigh in: 9 steps to grow profitable grocery delivery**
NOV 10, 2021

 **Board rooms are becoming less white, less male dominated**
OCT 26, 2021

 **Expo East keynote: Happiness comes before success, not after**
SEP 25, 2021

Sign up for the Natural Buzz Today newsletter.

GO

# MOM's Organic Market dedicates in-store set to upcycled natural products

    

MOM's Organic Market

**Learn about this first-of-its-kind retail initiative and the importance of championing upcycled ingredients.**

Dawn Reiss | Dec 03, 2021

Exploring new and developing categories is nothing new to Liz Dunn, the regional wellness coordinator for MOM's Organic Market. The East Coast chain, which operates 21 stores in four states, has focused for

decades on protecting and restoring the environment. In September it became the first grocery store in the U.S., per the Upcycled Food Association, to have created an in-store set solely dedicated to upcycled products.

The endcap features upcycled beverages, snacks, cosmetics and more.

"It's a small humble gesture, but think it's a harbinger of much bigger changes to come," said Turner Wyatt, CEO and co-founder of the Upcycled Food Association.

Dunn is the category manager for a program called lifestyle, a department that has typically included environmentally friendly CPG products. Below she shares the journey to getting more upcycled products on shelf.

**What prompted the creation of this upcycled product set concept?**



**Liz Dunn:** We did a couple of zero waste concepts as far back as 2017 before it was mainstream. That was before everybody had their own straws and you could get shampoo bars at Target. We were featuring products that were plastic free, infinitely reusable, that kind of thing. It was really well received by our customers, so we did it again.

Upcycling seemed like a perfect next step after we had a couple of zero waste concepts. MOM's purpose is to protect and restore the environment and our customers are really tuned in to that.

**How did you know the time was right for it?**

**LD:** For a couple of years I'd been looking the concept of upcycled ingredients in consumer packaged goods. The main category that I manage is body care. So I was starting to kind of see that pop up, but mostly overseas, primarily in Europe. And for the most part I was just seeing it in raw ingredients.

So it wasn't actually, you know, finished products that a customer could buy yet. And I kind of had been

Case 1:21-cv-01030-LPS   Document 9-3   Filed 12/03/21   Page 11 of 12 PageID #: 84

keeping it at the back of my mind and keeping an eye on when there were going to be actual products that you could purchase, made with upcycled ingredients, that were actually calling out that they were made with upcycled ingredients in a way that would help consumers understand how that supply chain worked.

I started working on the concept and a New Hope Network article came out about the Upcycled Food Association. I didn't even know there was an Upcycled Food Association. So I reached out to them.

**That's great to here. How did that partnership evolve with the Upcycled Food Association?**

**LD:** They were super excited because we are the first retailer to highlight these ingredients. They've been great and have introduced me to some of the suppliers that either have UFA certification or are seeking it right now. It's been really cool.

TAGS:    RETAILER AND DISTRIBUTOR

## RELATED


**How this upcycled brand built a 'farm-to-shelf' supply chain**
NOV 09, 2021


**16 Upcycled Food Association members launch new Upcycled**
JUL 02, 2021


**Inside ReGrained's upcycled food technology with CEO Daniel**
JUN 18, 2021


**Why Jubilee Justice is teaching Black farmers to grow organic rice**
NOV 18, 2021

Next Article                                              Previous Article

12/3/21, 11:51 AM
Nutraceutical giant Otsuka launches venturing team in North America
Case 1:21-cv-01030-LPS Document 9-3 Filed 12/03/21 Page 12 of 12 PageID #: 85

About Us

Contact

Advertise

Newsletters

Standards

Graphics Center

Ad Choices

Sitemap

Content Licensing and Reprints

Follow us:



Copyright © 2021. All rights reserved. Informa Markets, a trading division of Informa PLC.

Accessibility | Privacy Policy | Cookie Policy | Terms of Use | Visitor Terms and Conditions